**TRANSPORT INDEMNITY CO., et al.**

v.

**ORGAIN, BELL & TUCKER, et al.**

**No. D–3474.**

Supreme Court of Texas.

June 16, 1993.

K. Jill Vandagriff and Arthur K. Smith, Dallas, for petitioners.

John P. Scott, Houston, for respondents.

PER CURIAM.

Petitioners' application for writ of error is denied. The Court neither approves nor disapproves of the court of appeals' 846 S.W.2d 878, analysis of the issue of bad faith under TEX.BUS. & COM.CODE § 17.50(c).